# Order

Michigan Supreme Court
Lansing, Michigan

December 15, 2017

154494

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                          SC: 154494
                                          COA: 325883
                                          Mackinac CC: 2012-003474-FH

GARY MICHAEL TRAVER,
          Defendant-Appellee.

_____/

      On December 6, 2017, the Court heard oral argument on the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.305(H)(1). We REMAND this case to the Mackinac Circuit Court for appropriate proceedings to settle the record as to the content of the written jury instructions on the elements of the charged crimes. The trial court shall make written findings of fact and shall forward its findings to the Clerk of the Supreme Court within 56 days of the date of this order.

      We retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2017



t1212

Clerk